

**Entered on Docket
October 05, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Kristin A. Schuler-Hintz, Esq., SBN 7171 |
| 10 | Christopher K. Lezak, Esq., SBN 11185 |
| | McCarthy & Holthus, LLP |
| 11 | 9510 West Sahara Avenue, Suite 110 |
| | Las Vegas, NV 89117 |
| 12 | Phone (702) 685-0329 |
| | Fax (866) 339-5691 |
| 13 | NVBK@McCarthyHolthus.com |
| 14 | Attorney for Secured Creditor, |
| | Deutsche Bank National Trust Company, as Trustee for FFML Mortgage Pass-Through |
| 15 | Certificates, Series 2006-FF11, its assignees and/or successors and the servicing agent |
| | AMERICAS SERVICING COMPANY |
| 16 | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) Case No.: 10-24402-lbr |
|---|---|
| | ) |
| Harley Mabe, | ) Chapter  7 |
| Karen Mabe, | ) |
| | ) DATE:  10/04/10 |
| Debtors. | ) TIME:   10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

   The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                                              M&H File No. NV-10-33842
                                                                                                                          10-24402-lbr

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1002 Seaside Daisy Court, Henderson, NV 89074.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 08/30/10-no response received*
Scott L. Smith, Esq.
520 South Fourth Street, #360
Las Vegas, NV 89101
702-388-1216

Approved/Disapproved

*Order Filed 08/30/10-no response received*
Lenard E. Schwartzer
2850 South Jones Boulevard, #1
Las Vegas, NV 89146

<u>ALTERNATIVE METHOD re: RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:

Unrepresented parties appearing: None

Trustee:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak, Esq.
Christopher K. Lezak, Esq.

###

*Rev. 12.09*    M&H File No. NV-10-33842
10-24402-lbr